IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOW DISASTER RESTORATION, LLC,**                            **PLAINTIFFS**
**AT RISK SOLUTIONS, LLC, SCOTT**
**DOWDY, and KENT BORDELON**

**v.**                             **CIVIL ACTION NO. 1:20-cv-155-TBM-RPM**

**SCOTT M. FARVE PUBLIC ADJUSTER, LLC**                  **DEFENDANT**

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS

This matter came before the Court on Defendant's Motion to Dismiss [50] on May 28, 2021. At the hearing conducted in this matter on May 28, 2021, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions from the bench. The Court concluded that Defendant's Motion to Dismiss [50] should be DENIED WITHOUT PREJUDICE.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 28, 2021, the Defendant's Motion to Dismiss [50] is DENIED WITHOUT PREJUDICE.

THIS, the 28th day of May, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE